IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 4:24-cr-00068-JD |
| | ) | |
| VS. | ) | |
| | ) | |
| CHARLES B. LEMON | ) | |
| | ) | |
| _____ | ) | |

## **CONSENT MOTION FOR EARLY RELEASE OF JURY QUESTIONNAIRES**

With the consent of Everett McMillian, Assistant US Attorney, the Defendant, through his undersigned attorneys, requests that this Court direct the Clerk of Court's office to release the completed jury questionnaires for the June 3, 2024, panel to both the prosecution and defense counsel as soon as is practical, but no later than May 23, 2024. Counsel for both parties also consensually request that this Court direct the Clerk of Court's office to immediately release to all counsel of record in this case the actual (i.e., blank) questionnaire sent to prospective members of the jury panel, so as to avoid wasting time of submitting duplicative *voir dire* requests, which we submit is in the interest of judicial economy.

By our calculations, the jury questionnaires for the June 3, 2024 panel should be made available on or about May 27, 2024, but that day is a federal holiday (Memorial Day). The defendant's counsel would like to have the questionnaires made available to all counsel as expeditiously as possible, but the best-case-scenario is that they will arrive on May 28, 2024, even if the May 27th Memorial Day interference is minimal. For that reason, we jointly request that the Court assist counsel with receiving the questionnaires as soon as they become available, so that counsel will have access to the completed questionnaires for at least one full week prior to jury selection on June 3, 2024.

The parties appreciate the Court considering this consent request and would appreciate any relief it is inclined to grant.

        WE SO MOVE:

*s/Douglas Jennings, Jr.*
Douglas Jennings, Jr. (#2168)
Douglas Jennings Law Firm, LLC
PO Box 995
Bennettsville, SC 29512
(843) 479-2865

        -and-

L. MORGAN MARTIN, PA

*s/L. Morgan Martin*
L. Morgan Martin, Esq. (Federal ID# 1057)
1121 Third Avenue
Conway, South Carolina 29526
843-248-3177
*ATTORNEYS FOR DEFENDANT*

May 7, 2024

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 4:24-cr-00068-JD |
| | ) | |
| VS. | ) | |
| | ) | |
| CHARLES B. LEMON | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that I am an employee of Douglas Jennings Law Firm, LLC and on May 7, 2024, I caused to be served one true and correct copy of the MOTION in the above-captioned case, via the Court's e-noticing system, but if that means failed, then by regular mail, on the following person(s):

    Everett E. McMillian, Esq.
    Assistant United States Attorney
    401 W. Evans Street, Suite 222
    Florence, SC 29501


    By:    *s/Carol B. Dudley*
              Legal Assistant
              Douglas Jennings Law Firm, LLC
              PO Box 995 (151 Broad Street)
              Bennettsville, SC 29512
              (843) 479-2865
              carol@jenningslawoffice.com