IN THE UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) | Cr. No.4:24-cr-0068-JD |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER FOR CONTINUANCE |
| Charles Bernard Lemon | ) | |
| _____ | ) | |

This matter was set for jury selection on June 3, 2024. However, inadvertently notices were not timely mailed to potential jurors, and this case will need to be continued to the next term of court. Without objection from the parties, jury selection will now start on July 15, 2024, and the trial of this case will commence on August 13, 2024.

Based on these reasons, the Court finds that a continuance is justified pursuant to 18 U.S.C. § 3161(h)(7)(B), and the ends of justice are best served by the granting of this continuance and such continuance outweighs the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the trial of this case is continued from the Court's scheduled term of court for June, 2024, to the next term of court scheduled, and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Florence, S. C.

May 24, 2024

Joseph Dawson, III
United States District Judge