**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>v.  )<br>  )<br>CHARLES BERNARD LEMON,  )<br>  ) | Criminal No. 4:24-cr-00068-JD-1<br><br>**Trial Notice and Schedule** |

- **JURY SELECTION**: A jury will be selected for the trial of this case on **Monday, July 15, 2024, at 9:00 a.m.**

- **TRIAL** of this case will commence on **Tuesday, August 13, 2024, at 9:00 am.**

- **PRE-TRIAL MOTIONS SCHEDULE**: All Motions require filing of written briefs.

    - **ALL** pre-trial motions **must** be filed no later than **Tuesday, July 2, 2024**

    - Any Responses **must** be filed no later than **Monday, July 8, 2024**

    - Any Replies **must be filed** no later than **Thursday, July 11, 2024**

- **JOINT STRIKES FOR CAUSE** shall be completed and emailed to Heather_Ciccolella@scd.uscourts.gov **by 8:00 am the business day before jury selection.**

- **JOINT REQUESTS FOR VOIR DIRE** shall be emailed to chambers at dawson_ecf@scd.uscourts.gov, **no later than one week prior to jury selection.**

- **REQUESTS TO CHARGE:** The parties are required to jointly submit one set of requests to charge chambers via email at dawson_ecf@scd.uscourts.gov no later than **one week prior to trial.** If the parties cannot agree upon one entire set, they are required to submit joint instructions that have been agreed upon and submit supplemental instructions that have not been agreed on. Each supplemental instruction should list the party requesting the instruction as well as any party's objection to the instruction. Legal authority should be cited in all instructions.

- **TRIAL BRIEFS:** The parties are required to submit trial briefs to chambers via email at dawson_ecf@scd.uscourts.gov no later than **ten days prior to trial**.

- **EXHIBITS:** Attorneys for each side shall, prior to trial, meet for the purpose of agreeing and marking all exhibits to be used at trial, and, where possible, agree on the admissibility of all trial exhibits. In the event there is an objection to any exhibit, the opposing party must file such objections with the Court at least two days prior to trial.

ENTERED AT THE DIRECTION OF THE COURT
Robin L. Blume, Clerk of Court

By: s/H.Ciccolella, Deputy Clerk