UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CHARLES BERNARD LEMON** | Criminal No: 4:24-cr-0068 |

## UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

The United States of America respectfully requests that the Court ask the following questions of the jury panel during the jury selection process:

1. The indictment in this case charges former Marlboro County Sheriff Charles Lemon with violating the civil rights of Jarrell Johnson on May 3, 2020, during a tasing incident at the Marlboro County Detention Center:
   - Have you heard, seen, or read anything from any source about this case?
   - If so, have you formed any opinions about this case based on what you've heard, seen, or read?
   - Is there anything about the nature of the charges in this case that would prevent you from deciding this case fairly?

2. Do any of you know the defendant Charles Bernard Lemon, or his co-defendant, David Andrew Cook?

3. Has anyone here ever lived in Marlboro County?

4. Have you, a family member, or close friend ever worked for any agency of Marlboro County?

5. Have you, a family member, or close friend ever had interactions, either positive or negative, with an officer of the Marlboro County Sheriff's Office that would impact your ability to be a juror in this case?

6. Defendant Lemon was the elected Sheriff of Marlboro County. Have you ever voted for Defendant Lemon, or donated or provided any other support to Defendant Lemon's campaign?

7. Do you have any family members or close friends that donated to or provided any other support to Defendant Lemon's campaign?

8. Do any of you know any of the attorneys representing the United States?

9. Do any of you know any of the attorneys representing any of the defendants?

10. Have any of you had training in law enforcement or criminal justice?

11. Have you, a family member, or close friend ever had an experience with law enforcement officers that has caused you to have a strong feeling for or against law enforcement officials?

12. Would anyone here be reluctant to judge the actions of a police officer?

13. Do any of you think it is improper for the federal government to prosecute state and local law enforcement officers?

14. Do any of you feel uncomfortable sitting on this jury because the defendants were law enforcement officers?

15. Do you have any opinions about the U.S. Department of Justice or the Federal Bureau of Investigation, either positive or negative, that might make it difficult for you to be a fair and impartial juror in this case?

16. This case involves charges that one or more of the defendants violated an individual's rights. Do any of you believe that it is wrong to second guess police officers who use excessive force while on duty?

17. Do any of you think that police officers who use too much force against civilians should not be prosecuted?

18. Prior to meeting today for jury service, did any of you know each other?

19. Have I failed to ask something that you think the Court and the parties should know about before you are selected as a juror?

Respectfully Submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/ *Everett E. McMillian*
    Everett E. McMillian (#11791)
    Assistant U.S. Attorney
    401 West Evans Street, Suite 222
    Florence, South Carolina 29501
    843-667-3991
    Everett.McMillian@usdoj.gov

July 8, 2024